THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE ZILLOW GROUP, INC. SHAREHOLDER DERIVATIVE LITIGATION | CASE NO. C18-0027-JCC<br><br>MINUTE ORDER |
| THIS DOCUMENT RELATES TO:<br>C18-0027-JCC | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order regarding scheduling (Dkt. No. 15). In February 2018, this action was consolidated with an earlier-filed matter, *Matthew Sciabacucchi v. Richard Barton, et al.*, Case No. C17-1568-JCC (W.D. Wash. 2017). (Dkt. No. 13.) The Court ORDERS that all future filings must be submitted in the Consolidated Action (C17-1568-JCC), and, pursuant to the consolidation order (Dkt. No. 13 at 3), bear a caption indicating whether the filing relates to "All Actions" or only to specific individual actions. Accordingly, the Clerk is DIRECTED to terminate the pending motion (Dkt. No. 15). The Court has issued an order in the Consolidated Action granting the parties' requests with respect to scheduling. *See Matthew Sciabacucchi v. Richard Barton, et al.*, Case No. C17-1568-JCC, Dkt. No. 77 (W.D. Wash. 2021).

DATED this 17th day of June 2021.

William M. McCool<br>
Clerk of Court<br><br>
s/Paula McNabb<br>
Deputy Clerk